# United States Court of Appeals
## For the First Circuit

No. 22-1022

PRINCE BELO PAYE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Kayatta, Howard and Gelpí,
Circuit Judges.

**JUDGMENT**

Entered: August 4, 2022

The parties request a remand to the Board of Immigration Appeals (BIA) to consider the effect, if any, of Matter of B-Z-R, 28 I&N Dec. 563 (A.G. 2022), on petitioner's claims for relief. The parties disagree as to the scope of the remand beyond Matter of B-Z-R-. The parties' requests are resolved as follows. The BIA's decision of November 30, 2021, is vacated in full, and the matter is remanded to the agency. We leave it to the BIA to determine in the first instance the appropriate scope of proceedings on remand.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donna Carr, Clerk, Board of Immigration Appeals
Melanie Marie Chaput
Andrew Nathan O'Malley
Micah Engler
OIL